# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2558.  JULIANNE DUBLIN v. BANK OF AMERICA, NA**

On June 6, 2012, a default judgment was entered against Julianne Dublin. Dublin filed a direct appeal from the trial court's order on July 20, 2012.  This Court, however, lacks jurisdiction to consider this appeal.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Dublin filed her notice of appeal 44 days after the trial court entered default judgment.  Under these circumstances, we lack jurisdiction to entertain the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/30/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.



, *Clerk.*